ACCEPTED
14-14-00167-CR
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/11/2015 4:10:01 PM
CHRISTOPHER PRINE
CLERK



**BOARD CERTIFIED®**

Criminal Law
Texas Board of
Legal Specialization

# THE LAW OFFICE OF KYLE VERRET

A Professional Limited Liability Company
11200 Broadway, Suite 2743, Pearland, Texas 77584
Phone / Fax: (281) 764-7071
www.verretlaw.com

J. Kyle Verret
Attorney

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/11/2015 4:10:01 PM

CHRISTOPHER A. PRINE
Clerk

March 11, 2015

Christopher Prine
Clerk of the Court
First Court of Appeals

BY E-FILING

**RE: No. 14-14-001670-CR, Ezekiel Vallery v The State of Texas, in the Fourteenth District Court of Appeals in Houston, Texas**

To the Clerk of the Court:

I hereby certify that, in compliance with Texas Rule of Appellate Procedure 48.4, a copy of the opinion and judgment was sent to the defendant Appellant within five days of the opinion being handed down, by certified mail return receipt requested.

The first copy of the opinion and judgment was mailed to the Appellant on February 24, 2015. It was received by the North Houston USPS Facility on the same day. It did not depart the USPS facility until yesterday, March 10, 2015.

A second copy of the opinion and judgment was mailed yesterday, March 10, 2015.

Counsel has not received a return receipt as the Appellant has not yet received the letter mailed on February 24, 2015.

Sincerely,

J. Kyle Verret



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**O F F I C I A L   U S E**

| | |
|---|---|
| Postage | $ 1.79 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.19 |

Postmark Here

*Kyle Verret*

Sent To: Ezekiel Vallery
Street, Apt. No.; or PO Box No. 349 Private Road 8430
City, State, ZIP+4 Jasper, Texas 75951

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**O F F I C I A L   U S E**

| | |
|---|---|
| Postage | $ 4.15 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 12.15 |

Postmark Here

*Kyle Verret*

Sent To: Ezekiel Vallery
Street, Apt. No.; or PO Box No. 349 Private Read 8430
City, State, ZIP+4 Jasper, TX 75951

PS Form 3800, August 2006          See Reverse for Instructions



**BOARD CERTIFIED®**

Criminal Law
Texas Board of
Legal Specialization

# THE LAW OFFICE OF KYLE VERRET

A Professional Limited Liability Company
11200 Broadway, Suite 2743, Pearland, Texas 77584
Phone / Fax: (281) 764-7071
www.verretlaw.com

J. Kyle Verret
Attorney

February 24, 2015

Inmate Ezekiel Vallery
TDCJ# 01908467
349 Private Road 8430
Jasper, Texas 75951
BY: Certified Mail, Return receipt requested

RE: Appeal No. 14-14-00167-CR, Ezekiel Vallery v. State of Texas; In the 14th Court of Appeals of Houston, Texas

Dear Mr. Ezekiel Vallery:

Please find enclosed a copy of the opinion and judgment of the court of appeals in your case, issued on February 24, 2015. The court of appeals denied the grounds of appeal seeking to grant you a new punishment hearing.

You have 30 (thirty) days from the date of the judgment to file a petition for discretionary review with the Court of Criminal Appeals in Austin, Texas. The address of the Court of Criminal Appeals is Court of Criminal Appeals, PO Box 12308, Austin, Texas 78711. You may retain an attorney to prepare a petition for discretionary review, or you may, if you so choose, file a petition pro se, without an attorney. If you do not file a petition for discretionary review by no later than 30 days from February 24, 2015, then you will be barred from seeking review of your direct appeal from the Court of Criminal Appeals.

Per the Texas Rules of Appellate Procedure this letter will be filed with the papers of the court with the cause.

As I was appointed by the court to represent you in your direct appeal to the Court of Appeals, this letter memorializes the termination of our attorney-client relationship.

Sincerely,

J. Kyle Verret



# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: **70141200000016385150**

## Product & Tracking Information

**Available Actions**

**Postal Product:**

**Extra Svc:**
Certified Mail™

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 10, 2015 , 7:20 pm | Departed USPS Facility | NORTH HOUSTON, TX 77315 |

Your item departed our USPS facility in NORTH HOUSTON, TX 77315 on March 10, 2015 at 7:20 pm. The item is currently in transit to the destination.

| February 24, 2015 , 10:37 pm | Arrived at USPS Facility | NORTH HOUSTON, TX 77315 |

## Track Another Package

Tracking (or receipt) number

|  |
|---|

Track It

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.



## THE LAW OFFICE OF KYLE VERRET
A Professional Limited Liability Company
11200 Broadway, Suite 2743, Pearland, Texas 77584
Phone / Fax: (281) 764-7071
www.verretlaw.com

J. Kyle Verret
Attorney

March 10, 2015

Goodman Transfer Unit
Attn: Inmate Ezekiel Vallery
TDCJ# 01908467
349 Private Road 8430
Jasper, Texas 75951
BY: Certified Mail, Return receipt requested

RE: Appeal No. 14-14-00167-CR, Ezekiel Vallery v. State of Texas; In the 14th Court of Appeals of Houston, Texas

Dear Mr. Ezekiel Vallery:

We are resending you this letter with the judgment and opinion included because it seems our other letter that we sent out on February 24, 2015 by certified mail with return receipt requested has not reached you yet.

Please find enclosed a copy of the opinion and judgment of the court of appeals in your case, issued on February 24, 2015. The court of appeals denied the grounds of appeal seeking to grant you a new punishment hearing.

You have 30 (thirty) days from the date of the judgment to file a petition for discretionary review with the Court of Criminal Appeals in Austin, Texas. The address of the Court of Criminal Appeals is Court of Criminal Appeals, PO Box 12308, Austin, Texas 78711. You may retain an attorney to prepare a petition for discretionary review, or you may, if you so choose, file a petition pro se, without an attorney. If you do not file a petition for discretionary review by no later than 30 days from February 24, 2015, then you will be barred from seeking review of your direct appeal from the Court of Criminal Appeals.

Per the Texas Rules of Appellate Procedure this letter will be filed with the papers of the court with the cause.

As I was appointed by the court to represent you in your direct appeal to the Court of Appeals, this letter memorializes the termination of our attorney-client relationship.

Sincerely,

J. Kyle Verret



# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: **70141200000016385167**

## Product & Tracking Information

| Postal Product: | Extra Svc:
Certified Mail™ | |
|---|---|---|

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 10, 2015 , 9:48 pm | Arrived at USPS Facility | **NORTH HOUSTON, TX 77315** |

Your item arrived at our USPS facility in NORTH HOUSTON, TX 77315 on March 10, 2015 at 9:48 pm. The item is currently in transit to the destination.

## Available Actions

Text Updates

Email Updates

## Track Another Package

**Tracking (or receipt) number**

|  | Track It |
|---|---|

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
|  | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
|  | Government Services | National Postal Museum |  |
|  | Careers | Resources for Developers |  |

Copyright © 2015 USPS. All Rights Reserved.